# UNITED STATES BANKRUPTCY COURT
EASTERN **DISTRICT OF** NEW YORK

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| A TO Z WIRELESS SOLUTIONS INC | § | Case No. 14-40537 ESS |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT L. GELTZER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                        Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  852.66        Claims Discharged
                                                 Without Payment:  NA

Total Expenses of Administration:  37,109.07

---

3) Total gross receipts of $ 37,961.73  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 37,961.73  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 631,721.67 | $ 631,721.67 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 37,109.07 | 37,109.07 | 37,109.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 852.66 | 852.66 | 852.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,566,141.87 | 1,469,385.52 | 1,469,385.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 4,566,141.87 | $ 2,139,068.92 | $ 2,139,068.92 | $ 37,961.73 |

4)  This case was originally filed under chapter 7 on  02/07/2014 .  The case was pending for 57 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/15/2018                    By:/s/ROBERT L. GELTZER

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LITIGATION | 1241-000 | 30,861.73 |
| ESCROW ACCOUNTS | 1290-000 | 2,100.00 |
| REMNANT ASSETS | 1290-000 | 5,000.00 |
| TOTAL GROSS RECEIPTS | | $ 37,961.73 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | WESTERN EQUIPMENT FINANCE, INC., | 4210-000 | NA | 93,641.93 | 93,641.93 | 0.00 |
| 000007 | RADIANCE CAPITAL RECEIVABLES SEVENT | 4220-000 | NA | 530,965.83 | 530,965.83 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | NYS DEPT OF TAX & FINANCE | 4800-000 | NA | 7,113.91 | 7,113.91 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 631,721.67 | $ 631,721.67 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT L. GELTZER, TRUSTEE | 2100-000 | NA | 4,546.17 | 4,546.17 | 4,546.17 |
| TRUSTEE EXPENSES:ROBERT L. GELTZER, TRUSTEE | 2200-000 | NA | 51.31 | 51.31 | 51.31 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 18.36 | 18.36 | 18.36 |
| Union Bank | 2600-000 | NA | 1,083.33 | 1,083.33 | 1,083.33 |
| CLERK, US BANKRUPTCY COURT EAST | 2700-000 | NA | 3,150.00 | 3,150.00 | 3,150.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):ROBERT L. GELTZER, ESQ. | 3110-000 | NA | 4,385.42 | 4,385.42 | 4,385.42 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):ROBERT L. GELTZER, ESQ. | 3120-000 | NA | 90.97 | 90.97 | 90.97 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ARCHER & GREINER, P.C. | 3210-000 | NA | 13,200.18 | 13,200.18 | 13,200.18 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ARCHER & GREINER, P.C. | 3220-000 | NA | 743.12 | 743.12 | 743.12 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):ANDREW W. PLOTZKER, CPA | 3410-000 | NA | 9,290.67 | 9,290.67 | 9,290.67 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):ANDREW W. PLOTZKER, CPA | 3420-000 | NA | 549.54 | 549.54 | 549.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 37,109.07 | $ 37,109.07 | $ 37,109.07 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | NYS DEPT OF TAX & FINANCE | 5800-000 | 0.00 | 852.66 | 852.66 | 852.66 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 852.66 | $ 852.66 | $ 852.66 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 56th Associates, LLC 1823 53RD STREET Brooklyn, NY 11204 | | 79,229.77 | NA | NA | 0.00 |
| | American Express American Express Legal PO Box 278 Ramsey, NJ 07446 | | 154,791.22 | NA | NA | 0.00 |
| | American Indusrty Grp LLC 267 Kentlands Blvd Suite 3024 Gaithersburg, MD 20878 | | 400,000.00 | NA | NA | 0.00 |
| | Atrium Staffing Services 71 Fifth Avenue 3rd Floor New York, NY 10003 | | 17,000.00 | NA | NA | 0.00 |
| | Avinoam Schechter 45 Fessler Drive Spring Valley, NY 10977 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One 275 Broad Hollow Rd. Melville, NY 11747 | | 468,743.12 | NA | NA | 0.00 |
| | ChannelAdvisor Corporatio 2701 Aerial Center Pkwy Morrisville, NC 27560 | | 25,000.00 | NA | NA | 0.00 |
| | Hypercel Corporation 28385 Constellation Road Valencia, CA 91355 | | 63,425.00 | NA | NA | 0.00 |
| | Ixtens (A/K/A Merchantry) 355 Lexington Avenue 4th Floor New York, NY 10017 | | 15,000.00 | NA | NA | 0.00 |
| | Numaxx World MerchantsLLC 267 Kentlands Blvd Unit 3024 Gaithersburg, MD 20878 | | 915,000.00 | NA | NA | 0.00 |
| | OEM Pacific, Inc. 20730 Dearborn St Chatsworth, CA 91311 | | 14,000.00 | NA | NA | 0.00 |
| | OSHA U.S. Department of Labor 201 Varick Street Room 908 New York, NY 10014 | | 21,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | President Container, Inc. 200 W. Commercial Avenue Moonachie, NJ 07074 | | 7,000.00 | NA | NA | 0.00 |
| | Royal Bank America Leasin 550 Township Line Road Ste. 425 Blue Bell, PA 19422 | | 8,105.78 | NA | NA | 0.00 |
| | Suntech Wireless 888 S Greenville Avenue Suite 300 Richardson, TX 75081 | | 45,000.00 | NA | NA | 0.00 |
| | TD Bank, N.A. 1301 65th Street Brooklyn, NY 11219 | | 65,000.00 | NA | NA | 0.00 |
| | Tom Moen Davidoff Hutcher & Citron LLP 200 Garden City Plaza Garden City, NY 11530 | | 50,000.00 | NA | NA | 0.00 |
| | Transamerica Cell BeepInc 140 58th Street UNIT 6-G Brooklyn, NY 11220 | | 44,000.00 | NA | NA | 0.00 |
| | UPS Mail Innovations, Inc 55 Glenlake Drive, NE Atlanta, GA 30328 | | 0.00 | NA | NA | 0.00 |
| | US Bank, N.A. CHARLES A. GRUEN 44 Court Street, Ste 1212 Brooklyn, NY 11201 | | 156,961.20 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Mobile Phones 2585 2614 W. 13th St. Brooklyn, NY 11223 | | 18,000.00 | NA | NA | 0.00 |
| | United Parcel Service Inc 55 Glenlake Parkway NE Atlanta, GA 30328 | | 450,000.00 | NA | NA | 0.00 |
| | Veriship, Inc. 10000 College Blvd Ste 235 Overland Park, KS 66210 | | 1,000.00 | NA | NA | 0.00 |
| | Western Equipment Finance 503 US Highway 2 W Devils Lake, ND 58301 | | 93,000.00 | NA | NA | 0.00 |
| | Wireless Way LLC 1555 Valwood Pkwy Suite 150 Carrollton, TX 75006 | | 10,000.00 | NA | NA | 0.00 |
| | Yossi Zaklikowski 2220 Avenue O Brooklyn, NY 11210 | | 0.00 | NA | NA | 0.00 |
| 000005 | ACE INVENTORY CORP. | 7100-000 | 9,000.00 | 7,259.69 | 7,259.69 | 0.00 |
| 000008 | DAVIDOFF HUTCHER & CITRON LLP | 7100-000 | NA | 56,093.92 | 56,093.92 | 0.00 |
| 000001 | FEDEX TECH CONNECT INC AS ASSIGNEE | 7100-000 | 250,000.00 | 227,003.22 | 227,003.22 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | G&LY INC | 7100-000 | 100,000.00 | 93,063.00 | 93,063.00 | 0.00 |
| 000004 | GENERAL ELECTRIC CAPITAL CORPORATIO | 7100-000 | 100,000.00 | 100,759.91 | 100,759.91 | 0.00 |
| 000009 | PCS WIRELESS, LLC | 7200-000 | 985,285.78 | 985,205.78 | 985,205.78 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,566,141.87 | $ 1,469,385.52 | $ 1,469,385.52 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     1

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 14-40537     ESS   Judge: ELIZABETH S. STONG | |
| Case Name: | A TO Z WIRELESS SOLUTIONS INC | |
| For Period Ending: 10/15/18 | | |

| | |
|---|---|
| Trustee Name: | ROBERT L. GELTZER |
| Date Filed (f) or Converted (c): | 02/07/14 (f) |
| 341(a) Meeting Date: | 03/11/14 |
| Claims Bar Date: | 09/12/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 2 LARGE WINDOW A/C UNITS; 3-4 SMALLER WINDOW A/C U | Unknown | 0.00 | | 0.00 | FA |
| 2. POTENTIAL MALPRACTICE CLAIM AGAINST TOM MOEN | Unknown | 0.00 | | 0.00 | FA |
| 3. ESCROW ACCOUNTS (u) | 0.00 | 2,100.00 | | 2,100.00 | FA |
| 4. LITIGATION (u) | 0.00 | 5,000,000.00 | | 30,861.73 | FA |
| 5. REMNANT ASSETS (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $0.00          $5,007,100.00          $37,961.73          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/30/15          Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 14-40537  -ESS | | | Trustee Name: | | ROBERT L. GELTZER | |
|---|---|---|---|---|---|---|---|
| Case Name: | A TO Z WIRELESS SOLUTIONS INC | | | Bank Name: | | Union Bank | |
| | | | | Account Number / CD #: | | *******8257  Checking - Non Interest | |
| Taxpayer ID No: | *******5043 | | | | | | |
| For Period Ending: | 10/15/18 | | | Blanket Bond (per case limit): | | $  47,747,648.00 | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/01/15 | 3 | THE KATZ LAW FIRM, P.C. | TURNOVER OF ESTATE PROPERTY | 1290-000 | 2,100.00 | | 2,100.00 |
| | | ATTORNEY TRUSTE ACCOUNT IOLA - B | | | | | |
| | | 71 LAFAYETTE AVENUE | | | | | |
| | | SUFFERN, NY  10901 | | | | | |
| 01/11/16 | 001001 | INTERNATIONAL SURETIES, LTD. | BOND DISBURSEMENT | 2300-000 | | 1.08 | 2,098.92 |
| | | 701 POYDRAS STREET, STE. 420 | BOND #016027942 | | | | |
| | | NEW ORLEANS, LA 70139 | TERM: 1/1/16 TO 1/1/17 | | | | |
| 01/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,083.92 |
| 02/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,068.92 |
| 03/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,053.92 |
| 04/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,038.92 |
| 05/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,023.92 |
| 06/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,008.92 |
| 06/29/16 | 4 | STERLING NATIONAL BANK | SETTLEMENT | 1241-000 | 10,500.00 | | 12,508.92 |
| | | 38 NEW MAIN STREET | | | | | |
| | | HAVERSTRAW, NY  10927 | | | | | |
| 06/29/16 | 4 | PARK LUMBER | SETTLEMENT | 1241-000 | 3,861.73 | | 16,370.65 |
| | | 1071 38TH STREET | | | | | |
| | | BROOKLYN, NY  11219 | | | | | |
| 06/29/16 | 4 | CHEDER CHABAD OF MONSEY | SETTLEMENT | 1241-000 | 3,500.00 | | 19,870.65 |
| | | P.O. BOX 1164 | | | | | |
| | | MONSEY, NY  10952 | | | | | |
| 07/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 19,855.65 |
| 08/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 29.45 | 19,826.20 |
| 09/26/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 29.42 | 19,796.78 |
| 10/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 28.43 | 19,768.35 |
| 11/25/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 29.33 | 19,739.02 |
| 12/26/16 | 001002 | INTERNATIONAL SURETIES, LTD. | BOND DISBURSEMENT | 2300-000 | | 6.13 | 19,732.89 |

| | | | Page Subtotals | | 19,961.73 | 228.84 | |

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

**Exhibit 9**

Case No:          14-40537 -ESS
Case Name:    A TO Z WIRELESS SOLUTIONS INC

Taxpayer ID No:  *******5043
For Period Ending:  10/15/18

Trustee Name:        ROBERT L. GELTZER
Bank Name:           Union Bank
Account Number / CD #:    *******8257  Checking - Non Interest

Blanket Bond (per case limit):  $ 47,747,648.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 POYDRAS STREET, STE. 420 | BOND #016027942 | | | | |
| | | NEW ORLEANS, LA 70139 | FOR THE PERIOD 1/1/17 THROUGH 1/1/18 | | | | |
| 12/27/16 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 28.35 | 19,704.54 |
| 01/06/17 | 4 | LAW OFFICE OF | SETTLEMENT | 1241-000 | 13,000.00 | | 32,704.54 |
| | | JOSEPH Y. BALISOK LLM (TAX) PC | | | | | |
| | | 1650 EASTERN PKWY, SUITE 303 | | | | | |
| | | BROOKLYN, NY  11233 | | | | | |
| 01/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 29.25 | 32,675.29 |
| 02/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 43.61 | 32,631.68 |
| 03/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 43.86 | 32,587.82 |
| 04/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 48.49 | 32,539.33 |
| 05/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 46.86 | 32,492.47 |
| 06/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 48.35 | 32,444.12 |
| 07/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 46.72 | 32,397.40 |
| 08/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 48.21 | 32,349.19 |
| 09/05/17 | 5 | OAK POINT PARTNERS, INC. | SALE OF ESTATE PROPERTY | 1290-000 | 5,000.00 | | 37,349.19 |
| | | 5215 OLD ORCHARD ROAD, SUITE 965 | | | | | |
| | | SKOKIE, IL  60077 | | | | | |
| 09/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 48.14 | 37,301.05 |
| 10/25/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 52.51 | 37,248.54 |
| 11/27/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 55.42 | 37,193.12 |
| 12/26/17 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 53.57 | 37,139.55 |
| 12/27/17 | 001003 | INTERNATIONAL SURETIES, LTD. | BOND DISBURSEMENT | 2300-000 | | 11.15 | 37,128.40 |
| | | 701 POYDRAS STREET, STE. 420 | Bond #016027942 | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 01/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 55.26 | 37,073.14 |
| 02/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 55.17 | 37,017.97 |
| 03/26/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 49.76 | 36,968.21 |
| 04/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 55.01 | 36,913.20 |

Page Subtotals     18,000.00     819.69

Ver: 20.02

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| Case No: | 14-40537  -ESS | | | Trustee Name: | ROBERT L. GELTZER |
| Case Name: | A TO Z WIRELESS SOLUTIONS INC | | | Bank Name: | Union Bank |
| | | | | Account Number / CD #: | *******8257  Checking - Non Interest |
| Taxpayer ID No: | *******5043 | | | | |
| For Period Ending: | 10/15/18 | | | Blanket Bond (per case limit): | $ 47,747,648.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/18 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 53.16 | 36,860.04 |
| 09/12/18 | 001004 | ROBERT L. GELTZER, TRUSTEE 1556 3RD AVE.    SUITE 505 NEW YORK, NY   10128 | Chapter 7 Compensation/Fees | 2100-000 | | 4,546.17 | 32,313.87 |
| 09/12/18 | 001005 | ROBERT L. GELTZER, TRUSTEE 1556 3RD AVE.    SUITE 505 NEW YORK, NY   10128 | Chapter 7 Expenses | 2200-000 | | 51.31 | 32,262.56 |
| 09/12/18 | 001006 | UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK 271-C CADMAN PLAZA EAST BROOKLYN, NY 11201 ATTN: CLERK OF THE COURT | Clerk of the Courts Costs (includes | 2700-000 | | 3,150.00 | 29,112.56 |
| 09/12/18 | 001007 | ARCHER & GREINER, P.C. 630 THIRD AVENUE NEW YORK, NY  10017 | Attorney for Trustee Expenses (Othe | 3220-000 | | 743.12 | 28,369.44 |
| 09/12/18 | 001008 | LAW OFFICES OF ROBERT L. GELTZER 1556 THIRD AVENUE, SUITE 505 NEW YORK, NEW YORK 10128 | Attorney for Trustee Expenses (Trus | 3120-000 | | 90.97 | 28,278.47 |
| 09/12/18 | 001009 | ANDREW W. PLOTZKER, CPA, LLC 59 EAST 54TH STREET, SUITE 61 NEW YORK, NEW YORK  10022 | Accountant for Trustee Expenses (Ot | 3420-000 | | 549.54 | 27,728.93 |
| 09/12/18 | 001010 | ARCHER & GREINER, P.C. 630 THIRD AVENUE NEW YORK, NY  10017 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 13,200.18 | 14,528.75 |
| 09/12/18 | 001011 | LAW OFFICES OF ROBERT L. GELTZER 1556 THIRD AVENUE, SUITE 505 NEW YORK, NEW YORK 10128 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,385.42 | 10,143.33 |
| 09/12/18 | 001012 | ANDREW W. PLOTZKER, CPA, LLC 59 EAST 54TH STREET, SUITE 61 NEW YORK, NEW YORK  10022 | Accountant for Trustee Fees (Other | 3410-000 | | 9,290.67 | 852.66 |

Page Subtotals            0.00        36,060.54

Ver: 20.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-40537  -ESS | | Trustee Name: | ROBERT L. GELTZER |
|---|---|---|---|---|
| Case Name: | A TO Z WIRELESS SOLUTIONS INC | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******8257  Checking - Non Interest |
| Taxpayer ID No: | *******5043 | | | |
| For Period Ending: | 10/15/18 | | Blanket Bond (per case limit): | $  47,747,648.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/12/18 | 001013 | NYS Dept of Tax & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Claim 000003B, Payment 100.00000% | 5800-000 | | 852.66 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 37,961.73 | 37,961.73 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 37,961.73 | 37,961.73 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 37,961.73 | 37,961.73 | |
| | | | NET | ACCOUNT |
| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Checking - Non Interest - *******8257 | 37,961.73 | 37,961.73 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 37,961.73 | 37,961.73 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

Page Subtotals          0.00          852.66

Ver: 20.02